Charles Agles, plaintiff in error, v. Stolze Lumber Company et al., defendants in error.

Opinion filed May 29, 1933.

Ferdinand Tunnell, for plaintiff in error. Donald B. Warnock and Warnock, Williamson & Burroughs, for certain defendant in error.

Mr. Justice Edwards delivered the opinion of the court.

Protective Savings & Loan Association, appellant, v. Independence Indemnity Company, appellee.

Opinion filed May 29, 1933.

J. P. Drury, for appellant. Kramer, Campbell, Costello & Wiechert, for appellee.

Mr. Justice Fulton delivered the opinion of the court.

J. F. Gillham, executor of the last will and testament of Fred C. Gillham, deceased, appellee, v. Country Club Real Estate Improvement Company, appellant.

Opinion filed May 29, 1933.

McMillen, McMillen & Garland and Warnock, Williamson & Burroughs, for appellant. J. F. Eeck, for appellee.

Mr. Justice Fulton delivered the opinion of the court.

Mada Wood, appellee, v. Crawford County Mutual Relief Association, appellant.

Opinion filed May 29, 1933.

Duane Gaines, for appellant. Sumner & Lewis and Parker, Cox & Eagleton, for appellee.

Mr. Justice Fulton delivered the opinion of the court.